IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02350-PSF-PAC

THOMAS A. PETZINGER,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA,
a/k/a, "METLIFE",

    Defendant.

## ORDER SETTING CASE MANAGEMENT CONFERENCE UNDER F.R.CIV.P. 16

THIS MATTER comes before the Court upon the Complaint filed November 18, 2005 by the plaintiff, who seeks to recover benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*. A scheduling conference pursuant to F.R.Civ.P. 16(a) and D.C.COLO.LCivR 16.1 appears necessary. It is, therefore,

    ORDERED:

    1.    A scheduling conference is set for **December 19, 2005, at 10:00 a.m.** in Courtroom A602 of the United States Courthouse located at 901 19th Street, Denver, Colorado. The parties **shall not** prepare or submit a proposed scheduling order; however, consistent with D.C.COLO.LCivR 16.1, lead counsel shall attend the conference.

2. At least ten days prior to the scheduling conference, the parties shall confer and stipulate to and file all pertinent ERISA plan documents including summary plan descriptions. At the conference, the parties shall be prepared to address all applicable provisions in the plan documents.

3. At the scheduling conference, the parties shall also be prepared to address the following:

(a) Standard of Review:

- Do the plan documents confer discretion upon the plan administrator to interpret the plan?

- Is this Court's review of the plan administrator's decision *de novo* or under an arbitrary and capricious standard?

- If under an arbitrary and capricious standard requiring deference to the plan administrator, is there a "conflict of interest" or other "procedural irregularity" that requires the Court to "slide along the scale" with respect to the amount of deference, as required under *Fought v. Unum*, 379 F.3d 997, 1006-07 (10th Cir. 2004), *cert. denied*, 125 S. Ct. 1972 (2005).

(b) Administrative Record:

- What documents comprise the administrative record?

- How much time do the parties need to compile and submit the administrative record?

(c) Discovery:

- Does the claimant contend that the plan administrator had a conflict of interest in administering the plan? If so, are there facts in dispute concerning this issue?

- Is there a need for discovery? If so, as to what issues?

(d) Any other issues enumerated in F.R.Civ.P. 16(c).

  (e)  The amount of money in controversy.

It is,

  FURTHER ORDERED that, because this scheduling conference may be set before the defendant has been served or has appeared in the case, counsel for the plaintiff is responsible for notifying the defendant of the setting of the first Rule 16(a) Conference.  If plaintiff's counsel is unable to notify the defendant, then plaintiff's counsel shall so notify the Court, at least five (5) business days prior to the scheduled Rule 16(b) Conference, so that the conference can be rescheduled.

  DATED: November 22, 2005.

            BY THE COURT:

            *s/ Phillip S. Figa*

            _____
            Phillip S. Figa
            United States District Judge